UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PEPO HERD EL, A.K.A. PEPO WAMCHAWI HERD<br><br>    Defendant | CRIMINAL No. 21-CR-10045-ADB |

### STATUS MEMORANDUM

The United States hereby submits this status memorandum in advance of the hearing scheduled for March 15, 2021 at 10:00 a.m.

On December 4, 2021, the Court ordered that a hearing be held to determine Defendant Herd El's competency to proceed. The Court further ordered that Herd El be examined by Dr. Julia Reade.

On March 11, 2021, Dr. Reade reported to the parties that there had been some obstacles to examining Mr. Herd El and asked that any records of his mental health treatment be released to her to inform her examination.

//

The parties requested the pending status forthwith.  At the pending status, the government anticipates moving the Court for an order to produce Defendant Herd El's medical records for *in camera* inspection and production to Dr. Reade and Ms. Olson.

                                Respectfully submitted,

                                NATHANIEL R. MENDELL
                                Acting United States Attorney

By:    */s/ Ben Tolkoff*
          BENJAMIN TOLKOFF
          Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Ben Tolkoff*

_____
BENJAMIN TOLKOFF
Assistant United States Attorney

Date: March 14, 2021