UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PEPO HERD EL,<br><br>    Defendant | CRIMINAL No. 1:21-cr-10045-ADB |

**[PROPOSED] ORDER**

On March 15, 2021, this Court granted the government's motion requesting the release of the defendant's medical and psychiatric records to the defense and to Dr. Julia Reade. *See* Docket No. 26.  In more detail, the Court now further states the following:

1. It is hereby ORDERED that the United States Social Security Administration produce any and all medical records relating to Pepo HERD EL.  These materials include, but are not limited to, inpatient and outpatient records describing HERD EL's physical health, mental health, psychological health, diagnostic testing, medical evaluations, professional diagnoses, prescription medications, group and individual therapy sessions, substance abuse treatment, community-based treatment, and professional referrals.  They also include any and all transactions related to Medicare costs of service.  Finally, the documents shall include any and all Social Security Administration benefit applications of disability and their supporting documentation.

2. It is hereby ORDERED that Medicare Health Insurance produce any and all medical records relating to Pepo HERD EL. These materials include, but are not limited to, inpatient and outpatient records describing HERD EL's physical health, mental health, psychological health, diagnostic testing, medical evaluations, professional diagnoses, prescription medications, group and individual therapy sessions, substance abuse treatment, community-based treatment, and professional referrals. They also include any and all transactions related to Medicare costs of service and all Medicare applications of disability. Medicare shall also produce service provider information regarding applications for doctors, psychologists, psychiatrists, or other mental health professionals relating to HERD EL's conditions.

3. It is hereby ORDERED that the Massachusetts Correctional Industries and the Massachusetts Department of Corrections produce any and all medical records relating to Pepo HERD EL. These materials include, but are not limited to, inpatient and outpatient records describing HERD EL's physical health, mental health, psychological health, diagnostic testing, medical evaluations, professional diagnoses, prescription medications, group and individual therapy sessions, substance abuse treatment, community-based treatment, professional referrals, and any additional third-party information received on behalf of HERD EL.

4. It is hereby ORDERED that Bridgewater State Hospital produce any and all medical records relating to Pepo HERD EL. These materials include, but are not limited to, inpatient and outpatient records describing HERD EL's physical health, mental health, psychological health, diagnostic testing, medical

evaluations, professional diagnoses, prescription medications, group and individual therapy sessions, substance abuse treatment, community-based treatment, professional referrals, and any additional third-party information received on behalf of HERD EL.

5. It is hereby ORDERED that the Massachusetts Probation Service produce any and all medical records relating to Pepo HERD EL. These materials include, but are not limited to, inpatient and outpatient records describing HERD EL's physical health, mental health, psychological health, diagnostic testing, medical evaluations, professional diagnoses, prescription medications, group and individual therapy sessions, substance abuse treatment, community-based treatment, professional referrals, and any additional third-party information received on behalf of HERD EL.

These materials shall be produced to the following:

1. Julie-Ann Olson
   Federal Public Defender Office, District of Massachusetts

2. Julia M. Reade, M.D.

SO ORDERED.

_____
Judith Gail Dein
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                      _____/s/ Amanda Beck_____
                                      Amanda Beck
                                      Assistant United States Attorney

Date: March 29, 2021