UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PEPO HERD EL,<br><br>    Defendant | CRIMINAL No. 1:21-cr-10045-ADB |

**ORDER**

On March 15, 2021, this Court granted the government's motion requesting the release of the defendant's medical and psychiatric records to the defense and to Dr. Julia Reade.  *See* Docket No. 26.  In more detail, the Court now further states the following:

1.  It is hereby ORDERED that the United States Social Security Administration produce any and all medical records relating to Pepo HERD EL.  These materials include, but are not limited to, inpatient and outpatient records describing HERD EL's physical health, mental health, psychological health, diagnostic testing, medical evaluations, professional diagnoses, prescription medications, group and individual therapy sessions, substance abuse treatment, community-based treatment, and professional referrals.  They also include any and all transactions related to Medicare costs of service.  Finally, the documents shall include any and all Social Security Administration benefit applications of disability and their supporting documentation.

2.      It is hereby ORDERED that Medicare Health Insurance produce any and all

medical records relating to Pepo HERD EL.  These materials include, but are not

limited to, inpatient and outpatient records describing HERD EL's physical

health, mental health, psychological health, diagnostic testing, medical

evaluations, professional diagnoses, prescription medications, group and

individual therapy sessions, substance abuse treatment, community-based

treatment, and professional referrals.  They also include any and all transactions

related to Medicare costs of service and all Medicare applications of disability.

Medicare shall also produce service provider information regarding applications

for doctors, psychologists, psychiatrists, or other mental health professionals

relating to HERD EL's conditions.

3.      It is hereby ORDERED that the Massachusetts Correctional Industries and the

Massachusetts Department of Corrections produce any and all medical records

relating to Pepo HERD EL.  These materials include, but are not limited to,

inpatient and outpatient records describing HERD EL's physical health, mental

health, psychological health, diagnostic testing, medical evaluations, professional

diagnoses, prescription medications, group and individual therapy sessions,

substance abuse treatment, community-based treatment, professional referrals,

and any additional third-party information received on behalf of HERD EL.

4.      It is hereby ORDERED that Bridgewater State Hospital produce any and all

medical records relating to Pepo HERD EL.  These materials include, but are not

limited to, inpatient and outpatient records describing HERD EL's physical

health, mental health, psychological health, diagnostic testing, medical

evaluations, professional diagnoses, prescription medications, group and individual therapy sessions, substance abuse treatment, community-based treatment, professional referrals, and any additional third-party information received on behalf of HERD EL.

5.   It is hereby ORDERED that the Massachusetts Probation Service produce any and all medical records relating to Pepo HERD EL.  These materials include, but are not limited to, inpatient and outpatient records describing HERD EL's physical health, mental health, psychological health, diagnostic testing, medical evaluations, professional diagnoses, prescription medications, group and individual therapy sessions, substance abuse treatment, community-based treatment, professional referrals, and any additional third-party information received on behalf of HERD EL.

These materials shall be produced to the Clerk's Office, U.S. District Court, One Courthouse Way, Suite 2300, Boston, MA 02210, Attention Thomas Quinn, Deputy Clerk  The clerk will distribute these materials to:

1.   Julie-Ann Olson
     Federal Public Defender Office, District of Massachusetts

2.   Julia M. Reade, M.D.

SO ORDERED.



Judith Gail Dein
United States Magistrate Judge
**Apr 7, 2021**