UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PEPO HERD EL,<br><br>    Defendant. | CRIMINAL No. 21-CR-10045-ADB |

<u>INTERIM STATUS REPORT</u>

    The government submits the following status report in advance of the June 1, 2021 status conference in the captioned matter.

    The parties last appeared before the Court on April 27, 2021.  The government completed automatic discovery on or about April 21, 2021, before the last appearance in this matter.

    Based on the government's discussion with defense counsel and Dr. Reade, the government understands that between the date of the last status and the instant report, mental health records have been provided in response to the Court's April 7, 2021 Order to Produce. The government is told that those records are from the Social Security Administration, the Massachusetts Probation Office and Bridgewater State Hospital.

    //

At the status conference on June 1, 2021, the government will request that the Court set this matter for a detention hearing on June 30, 2021, the date Mr. Herd El will next appear. AFPD Olson intends to address the Court on the matter of setting a detention hearing.

                                            Respectfully submitted,

                                            NATHANIEL R. MENDELL
                                            Acting United States Attorney

By:    */s/ Ben Tolkoff*
         BENJAMIN TOLKOFF
         Assistant United States Attorney
         617/748-3183

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        */s/ Ben Tolkoff*_____
                                        BENJAMIN TOLKOFF
                                        Assistant United States Attorney

Date: May 28, 2021