To; Magistrate judge Thomas Quinn
In Propia Persona; UCC 1-308 Corporate Status Plaintiff;
No Consent to Judgement; Title 18 USC Section 1506
In reference to; Title 18 USC Section 242 (Crime)

"Shapiro v. Thompson 394 (U.S.) 618 "All citizens must be free to travel throughout the United States, Uninhibited by Statutes, Rules, and Regulations" Corpus Juris Secundum, Section 1785, Volume 20

※ Title 28 (Code of Conduct for Judges)(Canon 4) "Fudiciary Activity"
a judge may serve as the Executor, Administrator, Trustee, Guardian, or other Fudiciary, only for the Estate, Trust, or Person of a member of the judges family

※ Foundation of the Federal British Acredited Registry Association Chapter 705 Title 36 Section 70501

☐ ※ Federal B.A.R. Association Title 36 Section 70501 — the purposes of the "Corporation" are; to recieve and hold property, applicable to Trusts"

☐ In Personam Action; an action, having the objective of judgement

☐ Title 18 USC Section 1506 (Crimes) whoever acknowledges, or procures to be acknowledged, in any such court, any recognizance, bail, judgement, in the name of any other person, not privy, or consenting to the same, shall be fined under this Title, or imprisoned, not more than five years, or both

△ UCC 9-307(H) Location of Debtor [Location of the United States] the United States, is located in the District of Columbia

△ [Corpus Juris Secundum, Section 1785, Volume 20] the United States Government, is a Foreign Corporation, with respect to a State (note; Plaintiff is a Corporation, not Compainant) Commercial Activity

△ Autonomy; independence; self governing; the negation of a state of political influence, from with, or without Foreign Powers

△ United States; a body-politic, and corporate [Brockton v. Tennessee, 117 (U.S.) 151, 29 L Ed 845; 6 S Ct 670]

I have the human rights, to disagree with the terms, and conditions, of other humans without being punished

Pepo H El
May 25, 2021

FILED IN CLERKS OFFICE  2021 JUN -1 PM 12: 44  U.S. DISTRICT COURT DISTRICT OF MASS.

The Commonwealth of Massachusetts
On this 25 day of MAY 2021 before me, the undersigned notary public, PEPO EL IFERD personally appeared, proved to me through satisfactory evidence of identification, which were _____, to be the person who signed the preceding or attached document in my presence and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.
Robert J. LaLiberte, Notary Public
My Commission Expires April 10, 2026

[Notary Seal: Robert J. LaLiberte, My Commission Expires April 10, 2026, NOTARY PUBLIC, COMMONWEALTH OF MASSACHUSETTS]



I do not consent to governance by a body-politic, and corporate, the right to autonomy, and a true justice system, not usurpation of the judicial branch for constitutional right violations, and violating Title 18 USC Section 241, and Title 18 USC Section 242 which protects Constitutional rights on the federal level, the plaintiff is a corporation with a Bill of Attainder, violation of Article 1 Section 9, also violating Constitutional rights are acts of communism.

※ - Violation of Title 18 USC Section 242
   - Bill of Attainder, violation of (Article 1 Section 9)
   - Federal Offense; offenses defined by Congress, and for which Congress prescribes the punishment [3] Am Jud Crim L Section 15.3]
   - Federal Offense; an offense created by Statute, which is operative only in the District of Columbia is an offense against the United States.
   - (Article 1 Section 8 Clause 9) Congress shall have the power to; define, and punish Felonies on the high seas.
   - Law of ~~of~~ the land; an implement of the guarantee of Due Process of law having reference to Common Law as modified by State and is subject to the wants and conditions of the people [Lo Am Jud Const L Section 547].
   - The term in a Constitutional provision, that no person ought to be taken, imprisoned, or divested of his freehold, liberty, or privileges or outlawed, or exiled, or in any manner of his, life, liberty, or property, but by the law of the land, is synonomous with due process of law. [State v. Ballance, 229 NC 764, 51 SE 2d 731, 7 ALR 2d 1401] (reference)(Title 18 USC Section 241) and (Title 18 USC Section 242)

① — (Title 22 USC Section 276.1)(British American Inter Parliamentary Group) meetings not to exceed 24 members of Congress with representatives of the House of Commons, and the House of Lords of Parliament of Great Britain.
② — Adoption of Foreign Corporation; the domestication of a Foreign Corporation by granting it a charter [3L Am Jud For Corp Section 353]
③ — United States Government is a Foreign Corporation with respect to a State. [Corpus Juris Secundum, Section 1785 Volume 20]
④ — United States, is located in the District of Columbia, UCC 9-307(H)
⑤ — (Title 28 USC Section 1603)(e) a "Commercial Activity" carried on in the United States, by a Foreign State; means; commercial activity carried on by such State/ such having substantial contact with the United States.
— (Foundation of the Federal British Accredited Registry Association) chapter 705 Title 36 Section 7050.1
   Title 36 Section 70505(A) make contracts
   Title 36 Section 70503(c) ground for disqualification
   (a) refuses to uphold and defend the Constitution of the United States
   (reference); Title 18 USC Section 3 "Title 18 USC Section 242 and for high misdemeanors"
① (Article 2 Section 4) all officers of the United States shall be removed for high misdemeanors
② (Title 28 USC Section 454) any justice, or judge appointed under the authority of the United States, who engages in the practice of law is guilty of high misdemeanor.

charge, a violation "Judiciary Duty" to pertain to the judicial branch and not the Executive branch of Congress; Separation of Powers; [16 Am J2d Const L Section 210] (see; Federal Statute; [50 Am J1st Stat Section 2]; the written will of Congress, as expressed formally by an act of Congress

No "cause of action", or "right of action" from "real controversy", but Foreign Cause; [a cause of action arising under the laws of another jurisdiction] since the Plaintiff United States Government! is a Foreign Corporation; [reference; Corpus Juris Secundum Section 1785, Volume 20] proceedings based in Statutory Action; [1 Am J2d Actions Section 73]; a private right of action predicated on the violation of a Statute.

A Statute that violates 2nd Amendment rights, and; Title 18 USC Section 242 that protects such Constitutional rights from the Executive branch infringing on the Constitutional rights being violated in judicial actions and proceedings by Color of Law

Common Law jurisdiction is my right, guaranteed by the Constitution the right to autonomy

Title 5 CFR Section 2635.101(A)(1) Public Service is a Trust,

Public Servants are Trustees,

Individual is Beneficiary of Trust, the plaintiff is a Trust; UCC 9-307(H) Location of Debtor; United States is located in the District of Columbia

- With regards to local government units, which are not considered part of the State for 11th Amendment purposes, 11th Amendment immunity is not to bar liability under (Title 42 USC Section 1983) which imposes civil liability on any person who deprives another of Constitutional rights; reference; Monell v Dept of Social Services, (US) 658]
- While (Title 18 USC Section 242) was enacted to enforce 14th Amendment, it punishes act by Federal officers, and acts by State officers, whether they act under color of the State, or Federal Law. (reference; Judicial Officer; a judge) case reference; [Screws v. United States, 325 (U.S.) 91, 65 S Ct 1031, 89 L Ed 1495]
- (Title 28 USC Section 1495)(Damages for unjust Conviction and Imprisonment);
- (Title 28 USC Section 364)(Effects of Felony Conviction) in the case of any judge, or judge of any court referred to in (Section 363 Title 28), who is convicted of a felony, under State, or Federal Law (1) the judge shall not hear, or decide cases, unless the judicial council of the circuit determines otherwise
- (Title 18 USC Section 436)(Convict Labor Contracts) whoever being an officer, employee, or agent of the United States, or any department, or agency thereof, contracts with any person or Corporation, or permits any warden, agent, or official of any penal, or correctional institution, to hire out the labor of any prisoner confined for violation of any laws of the United States, shall be fined under this Title, or imprisoned not more than three years, or both
- (Code of Conduct for Judges)(Canon 4)(E) Fiduciary Activities; Title 28; a judge may serve as the executor, administrator, trustee, guardian, or other fiduciary, only for estate, trust, or person, of a member of the judge's family

I'm within the boundaries of my Constitutional rights
This is not a criminal case

| Form **COL** | **Violation Warning** <br> **Denial of Rights Under Color of Law** | |
|---|---|---|
| | ▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983 | |

Name and address of Citizen: Pepo H. El aKa Pepo W. Herd
original address 53 Mclellan street
Boston, MA. 02121

Name and address of Notice Recipient: Thomas Quinn, Magistrate Judge
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300 Boston MA. 02210

Citizen's statement: Violation of 2nd Amendment; right to "Keep and bear, and 5th Amendment; right to "Double Jeopardy" Prohibition against second trial for same offense (gun and ammunition) and Violation of (Title 15 USC Section 7901) Violation of (Title 18 USC Section 241); Conspiracy Against Rights, Violation of (Title 18 USC Section 242) – Title 28 (Code of Conduct for Judges)(Canon 4) Judiciary Activities accused has "Right of Action" to file "Criminal Complaint Affidavit for Prosecution w/ Honorable Federal Court for the Criminal Contempt of violating Federal Law Protected "Constitutional Rights

I certify that the forgoing information stated here is true and correct.
Citizen's signature

▶ [signature]                                           Date ▶ 5/10/2021

**Legal Notice and Warning**

Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.
18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.
42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning,** you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

Notice of Service: Notice in Law
I, 39 Am J1st Notice Section3 certify that I personally delivered this notice to above named recipient and address on _____ at _____.

Public Domain—Privacy Form COL(01)

| Form **56** (Rev. April 2002) Department of the Treasury Internal Revenue Service | **Notice Concerning Fiduciary Relationship** (Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |
|---|---|---|

### Part I — Identification

**Name of person for whom you are acting (as shown on the tax return)**: PEPO HERD EL aka PEPO WAMCHAWI HERD "legal person"

**Identifying number**:

**Decedent's social security no.**: 767 89 9767

**Address of person for whom you are acting (number, street, and room or suite no.)**:

**City or town, state, and ZIP code (If a foreign address, see instructions.)**:

**Fiduciary's name**: Pepo H. El aka Pepo W. Herd "Natural Person" (creditor) Mass. Sec. of State UCC-1 filing 2017 4036833 0, Corp. Division

**Address of fiduciary (number, street, and room or suite no.)**: 53 McLellan Street

**City or town, state, and ZIP code**: Boston MA. 02121

**Telephone number (optional)**: ( )

### Part II — Authority

1. Authority for fiduciary relationship. Check applicable box:
   - a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . (2) Date of death 5/31/1973 "Civiliter Mortuus"
   - b(1) ☐ Court order appointing fiduciary . . . . . . . . (2) Date (see instructions)
   - c ☐ Valid trust instrument and amendments
   - d ☑ Other. Describe ▶ (Title 15 USC Section 1127) the term "Trademark" "includes" "name" Title 15 USC Section 1125 (1)(A)(2), (Title 28) Codes of Conduct for Judges (Canon 4)(E) Fiduciary Activities

### Part III — Tax Notices

Send to the fiduciary listed in Part I all notices and other written communications involving the following tax matters:

2. Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶
3. Federal tax form number (706, 1040, 1041, 1120, etc.) ▶
4. Year(s) or period(s) (if estate tax, date of death) ▶

### Part IV — Revocation or Termination of Notice

#### Section A — Total Revocation or Termination

5. Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐

   Reason for termination of fiduciary relationship. Check applicable box:
   - a ☐ Court order revoking fiduciary authority
   - b ☐ Certificate of dissolution or termination of a business entity
   - c ☐ Other. Describe ▶

#### Section B — Partial Revocation

6a. Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐

b. Specify to whom granted, date, and address, including ZIP code. ▶

#### Section C — Substitute Fiduciary

7. Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary(ies) and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . ▶ ☐

### Part V — Court and Administrative Proceedings

**Name of court (if other than a court proceeding, identify the type of proceeding and name of agency)**: United States District Court

**Date proceeding initiated**: 11/27/2020

**Address of court**: 1 Courthouse Way

**Docket number of proceeding**: 1:21-cr-10045-ADB

**City or town, state, and ZIP code**: Boston, MA. 02210

**Date**: **Time**: a.m. / p.m. **Place of other proceedings**:

**Please Sign Here** — I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ [signature]   Fiduciary's signature   Title, if applicable   Date: 5/10/2021

▶   Fiduciary's signature   Title, if applicable   Date

For Paperwork Reduction Act and Privacy Act Notice, see back page.   Cat. No. 16375I   Form **56** (Rev. 4-2002)