Special Appearance [5 Am Jd Appear Section 2] in Propia Persona, UCC 1-308

① **Massachusetts Constitution, Part the First, Article IV** "The people of this Commonwealth, have the sole and exclusive right of governing themselves, as free, sovereign, and independent State; and do, and forever hereafter shall, exercise and enjoy every power, jurisdiction, and right, which is not, or may not hereafter, be by them expressly delegated to the United States of America, in Congress assembled."

② **Massachusetts Constitution, Part, the First, Article I** "All men are born free and equal, and have certain natural, essential, and unalienable rights; among which may be reckoned the rights of enjoying and defending their lives and liberties; that of acquiring, possessing, and protecting property."

③ **United States Constitution, Second Amendment;** "The right of the people to keep and bear arms, shall not be infringed."

④ **Protection of Lawful Commerce in Arms Act; Title 15 USC Section 7901**
(a) Findings; Congress finds the following;
(2) The Second Amendment of the United States Constitution, protects the right of individuals, including those who are not members of a militia, or engaged in military service, or training, to keep and bear arms
(8) Liability actions commenced, or contemplated by Federal Government, States, Municipalities, private interest groups, and other attempts to use the Judicial branch to circumvent the Legislative branch of government, to regulate interstate, and foreign commerce, through judgements and judicial decrees, thereby threatening the Separation of Powers doctrine, and weakening and undermining important principles of Federalism, State Sovereignty, and Comity between sister States
(b) Purposes; The purposes of this Act are as follows;
(2) To preserve a citizens access to a supply of firearms and ammunition for lawful purposes, including hunting, self defense, collecting, and competitive, and recreational shooting
(6) To preserve and protect the Separation of Powers doctrine, and important principles of federalism, State Sovereignty, and Comity between sister States

⑤ [Carter v. Carter Coal Co., 298 U.S. 238, 296] "The Framers of the Constitution provided exactly the Constitution, and the Laws of the United States, which should, be made in pursuance thereof, shall be the Supreme Laws of the Land.... the supremacy of a Statute, enacted by Congress, is not absolute, but conditioned on its being made in pursuance of the Constitution."

⑥ Title 18 USC Section 922 of case 1:21-cr-10045-ADB, is a "Statute Against Common Right" reference; [Coral Gables v. Christopher, 108, Vt 414, 189, A, 147, 109, ALR, 474] "A Statute in derogation, of a right, supported by the Common Law;

⑦ Conspiracy Against Rights; Title 18 USC Section 241 and Title 18 USC Section 242

⑧ [Marbury v. Madison, 5 U.S. (2 Cranch) 137, 174, 176] "All laws repugnant to the Constitution, are null and void

Liability Created by Statute [Pratt v. Robinson (CA9 Wash) 203 F 2d 627, ALR 2d 636] "A cause of action recognized for centuries by the Common Law, cannot be regarded as liability created by Statute, within the Statute of Limitations"

&
Pepo H. El
June 24, 2021

The Commonwealth of Massachusetts
On this 24 day of June 2021 before me, the undersigned notary public, Pepo El Huen personally appeared, proved to me through satisfactory evidence of identification, which were _____ to be the person who signed the preceding or attached document in my presence and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

Robert J. LaLiberte, Notary Public
My Commission Expires April 10, 2026

Title 18 USC Section 922 is "Collusion" against Second Amendment rights by Bill of Attainder, prohibited by Article 1 Section 9 Clause 3, and Article 1 Section 10, and violates Separation of Powers doctrine of the three branches of government by usurpation, while also violating State Sovereignty right of Article 4 Section 4

No Consent to being governed; reference; MASS. Constitution, Part. the First; Article IV, and "Autonomy"; [Green v. Obergell, 73 App D.C. 298, '121, F 2d 46, 138 ALR 258]; independence, self government; the negation of a state of political influence

If plaintiff is not seeking a "remedy"; UCC Section 1-201(34); "the means employed to enforce a right, or redress an injury", then there is no "cause of action" or "right of action", but "feigned action"

(9) —Title 18 USC Section 922, is not lawful, since it defies the 2nd Amendment by the presumption of any "Constitutionality; reference;

[State ex rel. Van Nice v. Whealey, 5 SD 427, 431, 59 NW 211]
lawful; according to law. In accord with the spirit of the law, not merely the forms of law.
reference; Article 6 Supremacy Clause
and Title 18 USC Section 242

FILED IN CLERKS OFFICE
2021 JUN 28 PM 12: 51
U.S. DISTRICT COURT
DISTRICT OF MASS.