UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PEPO HERD EL, a.k.a.,<br>PEPO WAMCHAWI HERD,<br><br>    Defendant | CRIMINAL No. 21-CR-10045-ADB |

STATUS MEMORANDUM

The parties last appeared before the Court on June 30, 2021. At that appearance the parties were in receipt of psychiatric report issued by Dr. Julia Reade. The defendant requested, and the Court granted a continuance to conduct a competency hearing pursuant to 18 U.S.C. § 4241.

This matter is currently set for status on August 30, 2021. At that appearance the government anticipates calling Dr. Reade and presenting Dr. Reade's report of her analysis of the defendant. The government does not intend to call further witnesses.

Pursuant to 18 U.S.C. § 4247(d), which sets forth the procedures for a competency hearing, the defendant "shall be represented by counsel . . . afforded an opportunity to testify, to present evidence to subpoena witnesses on his behalf and to confront and cross-examine witness who appear at the hearing." *Id*.

The defendant has had the representation of counsel, Ms. Julie-Ann Olson, throughout the pendency of this matter. The government is not aware of any subpoenas that have issued to potential witnesses that may be called by the defendant. The government is also not aware of any evidence the defendant intends to present.

The defendant will be present and afforded the opportunity to cross-examine Dr. Reade and testify on his own behalf, should he choose to do so.

    Respectfully submitted,

    NATHANIEL R. MENDELL
    Acting United States Attorney

    */s/ Amanda Beck*
By:  */s/ Ben Tolkoff*
    AMANDA BECK
    BENJAMIN TOLKOFF
    Assistant United States Attorney
    617/748-3183

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          */s/ Ben Tolkoff*
                                          BENJAMIN TOLKOFF
                                          Assistant United States Attorney

Date: August 25, 2021