UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL No. 1:21-CR-10045-ADB |
| PEPO HERD EL, a/k/a,<br>PEPO WAMCHAWI HERD, | |
| Defendant | |

**<u>ORDER</u>**

IT IS HEREBY ORDERED that FMC Butner submit to the court an evaluation outlining in detail their proposed treatment plan for the Defendant in the above-captioned matter and any further details pertinent to the remaining *Sell* Factors no later than February 1, 2023.

SO ORDERED the _3rd_ day of January, 2023.

ALLISON D. BURROUGHS
United States District Judge