```
                   UNITED STATES DISTRICT COURT

                    DISTRICT OF MASSACHUSETTS

    _____

    UNITED STATES OF AMERICA,

                         Plaintiff,        Criminal Action
                                           No. 21-cr-10045-ADB
    v.
                                           September 12, 2022
    PEPO HERD EL,

                         Defendant.        Pages 1 to 8

    _____




         TRANSCRIPT OF STATUS CONFERENCE VIA TELEPHONE
         BEFORE THE HONORABLE ALLISON D. BURROUGHS
                UNITED STATES DISTRICT COURT
              JOHN J. MOAKLEY U.S. COURTHOUSE
                    ONE COURTHOUSE WAY
                BOSTON, MASSACHUSETTS  02210
```

JOAN M. DALY, RMR, CRR
Official Court Reporter
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 5507
Boston, Massachusetts  02210
joanmdaly62@gmail.com

```
 1    APPEARANCES:

 2
      FOR THE GOVERNMENT:
 3
              AMANDA BECK
 4            BEN TOLKOFF
              Assistant U.S. Attorney
 5            U.S. Attorney's Office
              John J. Moakley Courthouse
 6            Suite 920
              One Courthouse Way
 7            Boston, Massachusetts 02210
              617.748.3144
 8

 9

10    FOR THE DEFENDANT:

11        JULIE-ANN OLSON
          Office of the Federal Public Defender
12        51 Sleeper Street
          Boston, Massachusetts 02110
13        617.223.8061

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2              (The following proceedings were held via
 3   telephone before the Honorable Allison D. Burroughs, United
 4   States Magistrate Judge, United States District Court,
 5   District of Massachusetts, on September 12, 2022.)
 6              THE CLERK:  This is criminal matter 21-10045,
 7   United States versus Pepo Herd El.  Will counsel identify
 8   yourselves for the record.
 9              MS. BECK:  Good morning, Your Honor.  Amanda Beck
10   for the United States and Ben Tolkoff as well.
11              MS. OLSON:  Good morning, Your Honor.  Julie-Ann
12   Olson for defendant Pepo Herd El.
13              THE COURT:  We're on for a status conference today.
14   I've read the status reports from the government, and I've
15   read the competency report as well.  I see the government's
16   intention is to have him forcibly medicated.
17              MS. BECK:  Yes, Your Honor.
18              THE COURT:  Ms. Olson, what is your position?
19              MR. NAGLE:  I have not yet connected with Mr. Herd
20   El about it.  I've sent him the report.  We've tried to speak
21   in person.  As Your Honor recalls, Mr. Herd El's position is
22   that I don't represent him.  I do expect, however, without
23   having directly heard from him that he will be very opposed
24   to forced medication.  That's been his prior position.  I
25   just need a little more time to communicate with him about
```

1   what that might mean and what his options are.

2           THE COURT: If he's not forcibly medicated, he's
3   going to be held. Does he get that? I know I'm sure it's
4   hard to communicate with him. Does he have any appreciation
5   of that?

6           MS. OLSON: I wouldn't be in a position to
7   accurately say, Your Honor. It's a difficult position. I
8   think he understands that.

9           THE COURT: All right. I haven't done a ton of
10  cases in this posture. As far as I know there's not other
11  options. He's either restored to competency or held. Am I
12  right, Ms. Beck?

13          MS. BECK: Your Honor, I confess I haven't done one
14  of these cases before. That's my understanding at the
15  moment. I need to do more research on how we proceed with a
16  Sel hearing, if there are any other options. The
17  government's position is the defendant needs to be detained
18  until he's convicted or feeling better at a minimum.

19          THE COURT: Nicely said, Ms. Beck.

20          MS. OLSON: Your Honor, Julie Olson again. I do
21  believe that he's entitled to a hearing on release when not
22  competent because the issue of whether he's a danger to
23  himself or others at some point, but I think we're just not
24  there yet anyway. I need to speak with him and find out his
25  position. Of course if the government will --

1            THE COURT:  I'm not going to totally prejudge it,
2   but I have read everything that's been filed in this case so
3   far, and the charge is felon in possession of a firearm.  I'm
4   sure you all know I take a pretty hard line on the firearm
5   offenses because of the risk they pose to the public.  I
6   won't prejudge at this point.  You may tell him there's no
7   reason to be optimistic.
8            MS. OLSON:  Understood.
9            THE COURT:  Do you want them to hold on filing the
10  motion?  Do you want them to file the motion and you want
11  some time?  Do you want to talk about it first?
12           MS. OLSON:  I'd like to talk to him about it first
13  and then go from there.  I don't think I need more than 30
14  days to try to coordinate a call, presuming he cooperates and
15  he's willing to speak with me.
16           THE COURT:  I'm not going to put it in a stay
17  order, but we'll effectively stay the case for 30 days.
18  We'll have a status in 30 days.  If he hasn't been amenable
19  to being medicated at that point, the government will file
20  its motion.  Does that make sense?
21           MS. BECK:  This is Amanda Beck, yes.  Thank you
22  Your Honor.
23           THE COURT:  Karen, can we give them a date in 30
24  days?
25           THE CLERK:  How about 9 a.m. on October 13?

1                    MS. BECK:  I should be on trial that week.  So I
2     should say that's not good.  Right now it's expected to go.
3                    THE COURT:  I'm on trial that week, too.  That's
4     why I'm scheduling these things for 9.  I schedule around my
5     trial.  Do you have a 9 to 1 schedule?
6                    MS. BECK:  It's with Judge Casper.  So I don't
7     know.
8                    THE COURT:  How about the afternoon slot or a
9     different week.  Either one is fine with me.
10                   THE CLERK:  How about 9 a.m. on the 20th?
11                   MS. OLSON:  I can do that.
12                   MS. BECK:  I can do that for the government.
13                   THE COURT:  So we'll go with that.  You two should
14    keep thinking or three should be talking amongst yourselves.
15    If he's adamant against forcible medication, the government
16    can go ahead and file its motion in advance of the status.
17    Just work it out between yourselves and we'll have an update
18    on the 20th.  Okay?
19                   MS. BECK:  Thank you.
20                   MS. OLSON:  Thank you, Your Honor.
21                   THE COURT:  Anything else for today?
22                   MR. TOLKOFF:  Your Honor, Ben Tolkoff here.  Just
23    for the record I'd ask that the time between today and the
24    20th of October be excluded.  It's statutorily excluded
25    because Mr. Herd El is currently not competent.  I wanted to

7

```
 1    make a record of it.
 2              THE COURT:  Karen, let's exclude the time to the
 3    20th, please.
 4              THE CLERK:  Okay.
 5              THE COURT:  I take it you're not opposed to that?
 6    It is statutorily required.
 7              MS. OLSON:  Because it's statutorily required.
 8    Mr. Herd El is opposed, but I understand the statutory
 9    requirement.
10              THE COURT:  Okay.  Karen, let's go ahead and
11    exclude the time.
12              THE CLERK:  Okay.
13              THE COURT:  Okay.  Thanks, everyone.  Case is
14    recessed.
15              (Court recessed at 9:10 a.m.)
16
17
18
19
20
21
22
23
24
25
```

```
 1                    - - - - - - - - - - - -
 2                         CERTIFICATION
 3
 4          I certify that the foregoing is a correct
 5    transcript of the record of proceedings in the above-entitled
 6    matter to the best of my skill and ability.
 7
 8
 9
10    /s/ Joan M. Daly                    February 17, 2023
11
12    _____                _____
13    Joan M. Daly, RMR, CRR              Date
      Official Court Reporter
14
15
```