Constructive Notice: United States Federal Public Defenders Office c/o; Julie-Ann Olsen and the Public Defenders office

By the factual merit of the following information submitted to the judiciary, with this notice. Executive branch magistrate commissioner, appointed legal representation, was an unlawful usurpation of judicial office, and power. As the original and initial hearing procedure is indicated on the transcript, as recording the accused noticing the appointment of legal representation taking place by the magistrate asking appointed counsel to identify for the record, and appointed counsel replies "Julie-Ann Olsen for the defendant your honor", and Pepo H. El, the accused replied in a prudent aware timely pattern "that's my lawyer?", while magistrate replies "yes that's your lawyer", and accused replies, "I'll be representing myself propria persona".

---

① — Early history shows that partnerships are not forced on the individual, such are not truly partnerships, <u>Delectus personae</u>; translates; partnership may not be obtained except with the consent of all partners

② [422 US 820]↑ "The Sixth Amendment does not provide merely that a defense shall be made for the accused, it grants to the accused personally the right to make his defense."

[422 US 820]↓ "To thrust counsel upon the accused, his considered wish, thus violates the logic of the Amendment. In such case, counsel is not an assistant, but a master."

"This allocation can only be justified however by the defendants consent, at the outset, to accept counsel as his representative. An unwanted counsel represents the defendant only through a tenuous and unacceptable legal fiction." [Faretta v. State of California 422 US 806]

③ [369 US 516]↓ "The record must show, or there must be an allegation and evidence which show, that the accused was offered counsel but intelligently and understandingly rejected the offer. Anything less is not a waiver." [Carnley v. Cochran, 369 US 506]

④ 6th Amendment
"the accused shall enjoy the right to a speedy and public trial"

⑤ 18 USC Section 3173 (Sixth Amendment Rights)
USC §§ 3161 et. seq.] Shall be interpreted as "No prolision of this chapter [18 of speedy trial as required by amendment VI of the Constitution."

⑥ "It is true that Barker described dismissal of an indictment for denial of a speedy trial as an "unsatisfactorily severe remedy". Indeed, in practice, it means that a defendant who may be guilty of a serious crime will go free, without having been tried. But such severe remedie are not unique in the application of Constitutional standards. In light of the policies which underlie the right to a speedy trial, dismissal must remain, as Barker noted, "the only possible remedy". [Strunk v. United States, 412 US 434]

5/16/2024  Docket 1:21-CR-10045-ADB

Pepo H. El
Pepo EE

⑦ 18 USC Section 4243 (Hospitalization of person found not guilty by reason of insanity
⑧ 18 USC Section 17 (Insanity Defense)
⑨ "I would simply say that just as structural errors are categorically insusceptible to actual-prejudice analysis in Strickland claims. A a structural error should consequently be enough to entitle a defendant showing that an attorney's constitutionally deficient performance produced to relief." [Weaver v. Massachusetts, 582 US 286]
⑩ "Though there appears to be no clear rule of immunity with respect to the liability under the civil rights laws of attorneys who violate the civil rights of others while representing their clients, cases under the Civil Rights Act indicate that the attorney may be held liable for damages if, on behalf of the client, the attorney takes action that he or she knows, or reasonably should have known, would violate the clearly established constitutional or statutory rights of another." [Stevens v. Rifkin, 608 F. Supp. 710]

---

Statement by accused; If my right to self representation is infringed, as of any writin or verbal filings or statements, the suit will be $150,000.

If my right to a trial of the speedy type is infringed, the suit will be $150,000.

If my Second Amendment right is infringed, the suit will be $150,000

If my Fifth Amendment right is infringed, the suit will be $150,000.

These are my terms and conditions for abuse of powers, at the hands of unconstitutional behavior and treatment, these suits shall compound as by the allowed infringement by misappointed counsel by Executive usurpation by executive branch magistrate.

If the appointed counsel has helped or allowed "unlawful detention" without standing in objecting, the 5th Amendment violation the suit will be $200,000

these suits will be against the natural person of Julie-Ann Olsen