## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim No. 21-cr-10045-ADB |
| | ) |
| PEPO HERD EL | ) |
| | ) |

## MOTION TO PARTIALLY UNSEAL

The defendant hereby seeks leave of the Court to provide ECF No. 195 and ECF 195-1, currently under seal, to the United States Probation Office for the purpose of assisting the pre-sentencing investigation.

Defense counsel asks that these documents otherwise remain under seal until further order of the Court, as they contain sensitive personal information not appropriate for public disclosure.

Respectfully submitted,

*/s/ Julie-Ann Olson*
Julie-Ann Olson, B.B.O. #661464
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I certify that, on this date, this document was filed through the ECF system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Julie-Ann Olson*
Julie-Ann Olson, Counsel for Defendant