Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
## Report on Offender Under Supervision

**Name of Offender:** El Pepo Herd **Case Number:** 0101 1:21CR10045-ADB-1

**Name of Sentencing Judicial Officer:** Honorable Allison D. Burroughs, U.S. District Judge

**Date of Original Sentence:** January 2, 2025

**Original Offense:** Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922 (g)(1); Felon in Possession of Ammunition, in violation of 18 U.S.C. § 922 (g)(1).

**Original Sentence:** Counts 1 and 2 to time served plus an additional 10 days to be served concurrently followed by 3 years of supervised release with conditions

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** January 10, 2025

---

**NON-COMPLIANCE SUMMARY**

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Special Condition # 4:** You must participate in mental health treatment program as directed by the Probation Office.<br><br>On or about April 29, 2026, through July 8, 2026, Mr. Herd failed to participate in mental health treatment as directed by the Probation Office, in violation of supervised release term No. 4.<br><br>Evidence in support of this charge includes testimony from the assigned probation officer. |

U.S. Probation Officer Action:

Mr. Herd has failed to attend group sessions as required. Mr. Herd reports that his failure to attend is due to work schedule conflicts. Mr. Herd is diagnosed with bipolar disorder with psychotic features, and has a history of paranoid delusions, mild obsessive-compulsive disorder, unspecified schizophrenia spectrum and other psychotic disorders. Mr. Herd has been enrolled in psychiatry and partial day treatment groups that provide support for clients with severe mental health disorders. Mr. Herd is prescribed Melatonin and Abilify which seem to be effective in managing symptoms.

Mr. Herd agreed to engage in treatment and speak with his employer regarding his scheduling conflicts, to avoid conflicts with his treatment compliance moving forward. While he has struggled to attend these missed sessions, he was previously engaged with his psychiatrist and treatment provider and attending sessions as required.

Given the above, it is respectfully requested; no formal action be taken at this time. The US Probation Office will keep Your Honor apprised of any additional violations of his conditions of supervised release and if further noncompliance continues it could result in an adjustment to the Probation Office position.

If Your Honor concurs with this recommendation, please endorse below.

Reviewed/Approved by:

*/s/ James Pace*
James Pace
Supervisory U.S. Probation Officer

Respectfully submitted,

*/s/ Jessica Gomes*
by Jessica Gomes
U.S. Probation Officer
Date: 8/28/2026

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Honorable Allison D. Burroughs
U.S District Judge

August 31, 2026
Date